# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 95-80972-D1

    HON. DENISE PAGE HOOD

KEVIN KERR (D-1),

    Defendant.

_____/

## ORDER STAYING ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(2) [ECF NO. 599]

    The Court hereby stays the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. 3582(c)(2) as to Kevin Kerr entered on December 11, 2024, granting the sentence reduction and subsequent release of Defendant Kevin Kerr effective January 5, 2025, [ECF No. 599] to January 22, 2025.

    Accordingly, Defendant Kevin Kerr is not to be released until further order of the Court.

    SO ORDERED.

    S/DENISE PAGE HOOD
    DENISE PAGE HOOD
    United States District Judge

DATED: January 3, 2025