UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN KERR (D-1),

    Defendant.

_____/

Case No. 95-80972-D1

HON. DENISE PAGE HOOD

## ORDER AMENDING ORDER STAYING ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(2) [ECF NO. 604]

The Court hereby amends its Order issued January 3, 2025, staying the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. 3582(c)(2) as to Kevin Kerr entered on December 11, 2024 [ECF No. 599] as a result of Mr. Kevin Kerr being released early by the Bureau of Prisons on December 31, 2024. Since Mr. Kerr has been released pending the Court's further consideration of the Government's Motion to Reconsider Order Reducing Kevin Kerr's Sentence under 18 U.S.C. 3582(c)(2), [ECF No. 601], and Defendant's brief in Response,

IT IS HEREBY ORDERED that Kevin Kerr immediately be placed in a residential re-entry center as previously prescribed in the Court's December 11, 2024, Order, and pending placement be monitored by GPS tether with house arrest.

IT IS FURTHER ORDERED that Kevin Kerr shall appear with counsel

before the Court on Wednesday, January 22, 2025, at 1 p.m. The Government's attorney shall also attend.

    SO ORDERED.

                                                S/DENISE PAGE HOOD
                                                DENISE PAGE HOOD
                                                United States District Judge

DATED: January 3, 2025